Corporation, and Poor & Company, a Foreign Corporation, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Vivian Lasser and Samuel Lasser, Respondents, v. Allstate Insurance Company and Allstate Fire Insurance Company, Appellants.— Order unanimously modified by dismissing the complaint as to the defendant Allstate Fire Insurance Company, and as so modified affirmed. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon, and Untermyer, JJ.

Delia Keane, Appellant, v. Joseph Rosenzweig and Others, Respondents. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., dissents, and votes to reverse and grant a new trial, on the ground that the questions of defendants' negligence and plaintiff's contributory negligence were for the jury.

O. Anderson Ramsay, Respondent, v. Eugene Ramsay, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The People of the State of New York ex rel. The New York Board of Fire Underwriters, Respondent, v. William Stanley Miller and Others, as Commissioners of Taxes and Assessments, Constituting the Board of Taxes and Assessments in the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Rose Marie Sefcik, Appellant, v. Max Wieser, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The People of the State of New York, Respondent, v. Sam Sbar and Louis R. Rosen, Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Joseph Brown, an Infant, by George Brown, His Guardian ad Litem, and George Brown, Respondents, v. John D. Bartels, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of Justin F. Carey, Appellant, for an Order against Paul Moss, as Commissioner of Licenses of the City of New York, and Andrew Luoto, Respondents.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Thelma Aarons, an Infant, by Bertha Aarons, Her Guardian ad Litem, and Bertha Aarons, Respondents, v. Standard Varnish Works, Appellant, Impleaded with Others, Defendants. Elaine Goldbladt, an Infant, by Samuel Goldbladt, Her Guardian ad Litem, and Samuel Goldbladt, Respondents, v. Standard Varnish Works, Appellant, Impleaded with Others, Defendants.— Judgments and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [163 Misc. 84.]